# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA DIANE YELLING, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:17-cv-01607-SGC |
| ST. VINCENT'S HEALTH SYSTEM, | ) |
| Defendant. | ) |

## THIRD JOINT MOTION FOR EXTENSION OF DEADLINES

Plaintiff Cynthia Diane Yelling and defendant St. Vincent's Health System jointly move the Court for a 4-week extension of the remaining deadlines. As grounds for this motion, the parties state the following:

1. Pursuant to the Court's July 23, 2019 Text Order [DOC. 28], the current discovery deadline is September 20, 2019, and the dispositive motion deadline is October 25, 2019. The case is set to be trial ready by December 2019.

2. The parties are finalizing the exchange of written discovery and document production.

3. The parties have been working together to resolve discovery disputes to avoid seeking intervention from the Court.

4. Plaintiff plans to depose several witnesses. The defense witnesses have been unexpectedly unavailable but are available the second week of October to complete the depositions in this case. The parties are in the process of scheduling defense witness depositions during the week of October 7, 2019.

5. This extension will not prejudice any party.

6. Based on the foregoing, the parties respectfully request that the Court adopt the following deadlines:

| | |
|---|---|
| October 18, 2019 | Discovery Deadline |
| November 22, 2019 | Dispositive Motion Deadline |
| January 2020 | Trial Ready |

Respectfully submitted this 17th day of September, 2019.

ATTORNEY FOR PLAINTIFF:                ATTORNEY FOR DEFENDANT

*s/ Leslie A. Palmer (w/permission)*            */s/ Shannon L. Miller*
Leslie A. Palmer                                              Shannon L. Miller
Palmer Law, LLC                                            **JACKSON LEWIS P.C.**
104 23rd Street South, Suite 100              800 Shades Creek Parkway, Ste. 870
Birmingham, Alabama  35233                Birmingham, Alabama  35209
205.285.3050 – Office                              205.332.3102 - Office
Leslie@palmerlegalservices.com          shannon.miller@jacksonlewis.com